IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRETT JONES-THEOPHILIOUS, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2241 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | CIVIL ACTION NO. |
| Respondent. | : | 1:13-CV-2799-TWT-LTW |

### FINAL REPORT AND RECOMMENDATION

Petitioner is confined at the federal prison in Atlanta, Georgia. (Doc. 1.) Petitioner, pro se, seeks a writ of habeas corpus in this action. (*Id.*)

On August 29, 2013, the Court issued an Order directing Petitioner to either pay the filing fee or submit an application to proceed *in forma pauperis* within twenty-one days. (Doc. 2.) Petitioner has not done so, and the deadline has passed. The Court warned Petitioner that failure to comply may result in dismissal of this case. (*Id.*)

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with a lawful order of the Court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO RECOMMENDED** this 1 day of October, 2013.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)