IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRETT JONES-THEOPHILIOUS
for the Persons Ficto
0000000603282882, In Persona
Dignior Standi,

   Petitioner,

     v.

THE UNITED STATES OF
AMERICA
161906078, 530197081, 530197080,
536002523, 536002558, 98/0356676,
5222214908 also known as
U. S. also known as
U.S.A. also known as
US of A also known as
America also known as
United States, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-2799-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\13\Jones-Theophilious\r&r.wpd

SO ORDERED, this 15 day of November, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge